# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **JIMMY MOSS**<br>    **Plaintiff,**<br><br>**v.**<br><br>**WALMART, INC. and THE ROOTO**<br>**CORPORATION,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

              **Civil Action No.:_____**

              **JUDGE _____**

              **MAGISTRATE JUDGE _____**

              **JURY DEMAND**

## NOTICE OF REMOVAL

Defendant, The Rooto Corporation, respectfully file this Notice of Removal, pursuant to 28 U.S.C. § 1446, upon the following grounds:

1.      On November 12, 2020, the Plaintiff, Jimmy Moss, filed a Complaint and caused Summonses to issue from the Circuit Court for Rutherford County, Tennessee against Defendants identified as Wal-Mart, Inc. and The Rooto Corporation.

2.      Wal-Mart was served with a copy of the Complaint and Summons on January 22, 2021 and filed an answer on March 22, 2021, alleging that it was incorrectly named in the complaint and the proper name of the defendant is Wal-Mart Stores East, L.P. (hereinafter "Wal-Mart") (Exhibit A)

3.      On November 12, 2020, a summons was issued to The Rooto Corporation. On April 5, 2021, the summons issued to The Rooto Corporation was returned as unclaimed.

4.      On April 5, 2021, an alias summons was issued to The Rooto Corporation.

5.     On January 24, 2022, the Affidavit of plaintiff's counsel, Aaron Woodard, was filed with the court stating that the certified mail containing the alias summons was returned to him by the United States Postal Service unclaimed (Exhibit B).

6.     A pluries summons was issued to The Rooto Corporation on January 24, 2022, and the registered agent for The Rooto Corporation was served with a copy of the Complaint and Summons on February 25, 2022, by mail directed to 2312 Santa Paula Dr., Las Vegas, Nevada 89104 (Exhibit C Summons).

7.     A copy of the Complaint filed on behalf of Jimmy Moss and served on The Rooto Corporation is attached hereto as Exhibit D.  The Complaint alleges that Jimmy Moss is a citizen and resident of Rutherford County, Tennessee.  (Complaint, ¶1).

8.     Wal-Mart is a limited partnership with a principal place of business located at 702 S.W. 8th Street, Bentonville, Arkansas 72716. Wal-Mart was formed in Delaware and converted to an Arkansas limited liability company on January 25, 2011.Wal-Mart is a citizen of Arkansas.

9.     The Rooto Corporation is incorporated under the laws of the State of Nevada and has a principal place of business located at 2312 Santa Paula Dr., Las Vegas, Nevada 89104. The Rooto Corporation is a citizen of Nevada.

10.     The *ad damnun* clause of the Complaint avers that the Plaintiff seeks monetary damages in an amount no greater Two Hundred Thousand and No/100 Dollars ($200,000.00).

11.     The amount in controversy of said action exceeds the sum of Seventy Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and this action is wholly between citizens of different states and within the jurisdiction of this Court, pursuant to the

2

provisions of Title 28, USC § 1332, and is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq.*

12.     This Notice is being filed by the movant within thirty (30) days after receipt by or service of the initial pleadings on movant, and is timely filed pursuant to Title 28 U.S.C. §§ 1441 and 1446 and Rule 6(a) of the Federal Rules of Civil Procedure.

13.     Counsel for The Rooto Corporation has conferred with counsel for Wal-Mart. Pursuant to Title 28 U.S.C. § 1446(b)(2)(C), Wal-Mart consents to the removal of this action.

14.     By filing this Notice of Removal, neither the movant nor the consenting party waive, either expressly or impliedly, their respective rights to assert any available defenses.

15.     A true and correct copy of this Notice is being filed with the Circuit Court for Rutherford County, Tennessee, as required by Title 28, U.S.C. § 1446(d).

16.     Removal to the Nashville Division of the United States District Court for the Middle District of Tennessee is appropriate, as said division embraces the place where the State Court action is pending.  28 U.S.C. § 1441(a).

WHEREFORE, movant hereby removes the above-identified action to this Court.

Respectfully submitted,

s/ Daniel P. Berexa
Daniel P. Berexa               (15158)
Cornelius & Collins, LLP
511 Union Street, Suite 1500
Nashville, TN  37219
(615) 244-1440; FAX (615) 254-9477
e-mail: dpberexa@cclawtn.com
*Attorney for Defendant,*
*The Rooto Corporation*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing document has been sent via email and U.S. Mail, postage prepaid, on this 18th day of March, 2022, to the following:

Aaron Woodard, Esq.
The Law Office of Aaron Woodard
P. O. Box 59446
Nashville, TN 37205
*Attorney for Plaintiff,*
*Jimmy Moss*

Greg Callaway, Esq.
Howell & Fisher, PLLC
3110 West End Avenue, Suite 550
Nashville, TN 37203
email: gcallaway@howell-fisher.com
*Attorney for Defendant,*
*Wal-Mart Stores, East, L.P.*

/s/ Daniel P. Berexa
Daniel P. Berexa